**Fill in this information to identify the case:**

Debtor 1    KATHRYN ANN FITCHETT

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Arizona
                                                                      (State)

Case number   2:19-bk-14030-MCW

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates      **Court claim no**. (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account:     0885 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✔] No

[ ] Yes.  Date of the last notice: ____/____/_____

---

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 12/18/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ _____ |
| 11. Other.  Specify: Plan Review | 11/11/2019 | (11) | $ 150.00 |
| 12. Other.  Specify: Prep/analysis of 410A Form | 12/18/2019 | (12) | $ 250.00 |
| 13. Other.  Specify:_____ | | (13) | $ _____ |
| 14. Other.  Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 2:19-bk-14030-MCW   Doc     Filed 02/26/20    Entered 02/26/20 12:52:31   Desc
Main Document     Page 1 of 8

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, a    reasonable belief.**

✗ _Janet M. Spears_____
     Signature

Date  2 / 21 / 2020

Print:    Janet M. Spears
_____
First Name      Middle Name      Last Name

Title  Agent for Creditor _____

Company    Aldridge Pite, LLP
_____

Address    4375 Jutland Dr. Suite 200; P.O. Box 17933
_____
Number    Street

San Diego _____ CA _____ 92177 ___
City                              State        ZIP Code

Contact phone  ( 858 ) 750 – 7600 _____

Email  jspears@aldridgepite.com

Case 2:19-bk-14030-MCW    Doc    Filed 02/26/20    Entered 02/26/20 12:52:31    Desc
Main Document    Page 2 of 8

## Aldridge Pite LLP

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: (404) 994-7400

Fax No: (888) 246-7307

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

PHH Mortgage
Andrea Jenkins
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

| | |
|---|---|
| Re: | FITCHETT KATHRYN |
| | 8045N 31ST DR |
| | PHOENIX, AZ 85051 6217 |
| Loan #: | ▮▮▮▮▮ |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | F0A / 001 |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |

Original Mortgage Amount:   $117,000.00
Litigation Status Code:

| | |
|---|---|
| Man Code: | B |
| BK Case No: | 2:19-bk-14030-MCW |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice #: | ▮▮▮▮▮ |
| Invoice Status: | Check Confirmed |
| Input By: | Carin Hadfield |
| Date Submitted: | 11/13/2019 |
| Invoice Date: | 11/12/2019 |
| Vendor Ref #: | ▮▮▮▮▮ |
| Vendor Code: | ALDRIDGE |
| Payee Code: | FALDRIDGE |
| Type: | Non Judicial |
| Referral Date | 11/6/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:       263552728
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/13/2019 | 11/26/2019 | 11/26/2019 | | 11/26/2019 | 11/26/2019 | 11/27/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 11/11/2019 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |

**Note: Plan Review Recoverable**

| | | | | | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| | | | | | **$150.00** | **$0.00** | **$150.00** |

**Total:**   **$150.00**   **$0.00**   **$150.00**

**Invoice Level Exceptions**
None

**Invoice Level Comment**
The classification of a fee and/or cost identified in this invoice as recoverable is based on our firm's review of the loan documents, underlying bankruptcy case, and/or default status of this account as of the time the fee and/or costs was incurred.

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 11/26/2019 | ███████ | 11/26/2019 | $150.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Review of Plan | 630 | BATY | 01R23 | 92 | $150.00 |

**Aldridge Pite LLP**

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: (404) 994-7400

Fax No: (888) 246-7307

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

PHH Mortgage

Andrea Jenkins

2001 Bishops Gate Blvd

Mount Laurel, NJ 08054

Re:      FITCHETT KATHRYN
             8045N 31ST DR
             PHOENIX, AZ 85051 6217

Loan #:

Loan Type:      Conventional

Inv. ID / Cat. ID:      F0A / 001

Cost Center:

CONV Case No:

GSE Code:      O

GSE REO Rem. Code:

Original Mortgage Amount:      $117,000.00

Litigation Status Code:

Man Code:      B

BK Case No:      2:19-bk-14030-MCW

BK Chapter:      13

| | |
|---|---|
| Invoice #: | |
| Invoice Status: | ACH Confirmed(Exc) |
| Input By: | Carin Hadfield |
| Date Submitted: | 12/20/2019 |
| Invoice Date: | 12/19/2019 |
| Vendor Ref #: | |
| Vendor Code: | ALDRIDGE |
| Payee Code: | FALDRIDGE |
| Type: | Non Judicial |
| Referral Date: | 12/16/2019 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:      265654516

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/20/2019 | 12/21/2019 | 12/21/2019 | | 12/21/2019 | 12/23/2019 | 12/25/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 12/18/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| **Note: Proof of Claim Recoverable** | | | | | | | |
| Attorney Fees - Bankruptcy Fee | | 12/18/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note: Prep and/or analysis of Official 410A form Recoverable** | | | | | | | |
| | | | | | **$750.00** | **$0.00** | **$750.00** |
| **Total:** | | | | | **$750.00** | **$0.00** | **$750.00** |

**Invoice Level Exceptions**

Possible Duplicate Invoice

**Invoice Level Comment**

The classification of a fee and/or cost identified in this invoice as recoverable is based on our firm's review of the loan documents, underlying bankruptcy case, and/or default status of this account as of the time the fee and/or costs was incurred.

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | | |
|---|---|---|---|---|---|---|---|
| 12/23/2019 | ███████████ | 12/24/2019 | $250.00 | | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount | |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Bankruptcy Fee | 630 | BATY | 01R23 | 92 | $250.00 | |

| Requested Date | Check/ACH# | Payment Date | Amount | | | | |
|---|---|---|---|---|---|---|---|
| 12/23/2019 | ███████████ | 12/24/2019 | $500.00 | | | | |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount | |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 630 | FPOC | 01R23 | 92 | $500.00 | |

1  Janet M. Spears (SBN 023833)
   jspears@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5

6  Attorneys for Deutsche Bank National Trust
   Company, as Trustee for New Century Home
7  Equity Loan Trust, Series 2005-B, Asset Backed
   Pass-Through Certificates
8

9              **UNITED STATES BANKRUPTCY COURT**

                **DISTRICT OF ARIZONA - PHOENIX DIVISION**
10

11  | In re | Chapter 13 |
12  | KATHRYN ANN FITCHETT, | Case No. 2:19-BK-14030-MCW |
13  | Debtor. | **PROOF OF SERVICE** |

14

15         I, Victoria A. Figueroa, declare that:

16         I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite

17  200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not

18  a party to this case.

19         I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees,

20  Expenses and Charges was served on February 26, 2020. Service was accomplished by the

21  method and to the following as indicated:

22              **BY ELECTRONIC NOTICE OR FIRST CLASS MAIL**

23

24                       KATHRYN ANN FITCHETT
                         8045 N. 31ST DRIVE
                         PHOENIX, AZ 85051
25                       (Via U.S. Mail)

26                       THOMAS ADAMS MCAVITY
                         tom@nwrelief.com
27                       (Via Email)

28                                 1              CASE NO. 2:19-bk-14030-MCW
                          **PROOF OF SERVICE**

1
2
EDWARD J. MANEY
service@maney13trustee.com
(Via Email)

3

4
U.S. Trustee
USTPRegion14.PX.ECF@USDOJ.GOV
(Via Email)

5

6
I declare under penalty of perjury that the foregoing is true and correct.

7

8
Dated: February 26, 2020

/s/ *Victoria A Figueroa*
VICTORIA A. FIGUEROA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2        Case No. 2:19-bk-14030-MCW
**PROOF OF SERVICE**